IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| **Golden Oil Holding Corporation** § | **Case No.: 18-31594 (EVR)** |
| Debtor. § | Chapter 11 |
| § | |

NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES,
AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") appears on behalf of Golden Oil Company ("Golden"), and hereby submits this notice of appearance in the above-captioned proceeding and requests notice of all hearings and conferences and makes a demand for service of all papers filed in these chapter 11 cases, including all papers and notices pursuant to Bankruptcy Rules 2002, 9007, and 9010 and Bankruptcy Code section 342. All notices given or required to be given in this case shall be given to and served upon Pillsbury at the following addresses:

| | |
|---|---|
| Hugh M. Ray, III | William J. Hotze |
| Pillsbury Winthrop Shaw Pittman LLP | Pillsbury Winthrop Shaw Pittman LLP |
| Two Houston Center | Two Houston Center |
| 909 Fannin, Suite 2000 | 909 Fannin, Suite 2000 |
| Houston, Texas 77010-1028 | Houston, Texas 77010-1028 |
| Tel: 713-276-7600 | Tel: 713-276-7634 |
| Fax: 713-276-7673 | Fax: 713-276-7673 |
| hugh.ray@pillsburylaw.com | william.hotze@pillsburylaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, any letter, ballot, plan, disclosure statement, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, discovery request, deposition notice, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex, or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Golden (i) to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) to trial by jury in any proceedings so triable in these cases, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which Golden is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 9, 2018

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Hugh M. Ray, III*
Hugh M. Ray, III
State Bar No. 24004246
William J. Hotze
State Bar No. 24087754
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1028
Telephone: (713) 276-7600
Facsimile: (713) 276-7673
Email:   hugh.ray@pillsburylaw.com
         william.hotze@pillsburylaw.com

*Counsel for Golden Oil Company*

4827-1465-9949.v1

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 9, 2018, a true and correct copy of this document was served via the Court's CM/ECF system on all counsel of record who are deemed to have consented to electronic service.

*/s/ Hugh M. Ray, III*
Hugh M. Ray, III

4827-1465-9949.v1